**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Nov 3, 2023

OFFICE OF THE CLERK

# In the United States District Court

### Western District Of Arkansas
_____ Division

CALVin DAVid HART SR

214099

*(In the space above enter your full name and Prison ID
Number, if any. **Do not include your Social Security Number).***

-against-

Ricky Roberts
Lisa Worley
Deanna Hobson
Kasey Sanford

*(In the space above enter the full name of each Defendant)*

**Case
No.** 1:23-cv-1102
(To be filled out by Clerk's
Office only)

# COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.

---

## I.    PLAINTIFF INFORMATION

CALViN David HART SR
Name (First, Middle, Last)                                    Aliases

214099
Prisoner ID #, if any

U.C.D.C.
Place of Detention or Incarceration

250 American Road

Address (*If detained, facility address*)

Union, El Dorado, Ar.                    71730

County, City                    State                    Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☑ Convicted and serving a sentence. Provide Date of Conviction  9-26-23.

☐ Other. Explain: _____

_____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:  Roberts, Ricky

Name (Last, First)

Sheriff

Current Job Title

250 American Road

Current Work Address

Union, El Dorado  Ar.                    71730

County, City                    State                    Zip Code

Defendant 2: Worley, Lisa
Name (Last, First)

Captain
Current Job Title

250 American Road
Current Work Address

Union, El Dorado, Ar.    71730
County, City    State    Zip Code


Defendant 3: Hopson, Deanna
Name (Last, First)

Physican
Current Job Title

250 American Road
Current Work Address

Union, El Dorado, Ar.    71730
County, City    State    Zip Code


Defendant 4: SanFord, Kasey
Name (Last, First)

Nurse
Current Job Title

250 American Road
Current Work Address

Union, El Dorado, Ar    71730
County, City    State    Zip Code

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Union County Detention Center

Date(s) of occurrence: January, 2022 thru February 2022 2nd & 3rd September 26, 2023 October 9th 2023 October 29 2023

Name of Each Defendant Involved:

Ricky Roberts, Kasey Sanford
Lisa Worley, Deanna Hopson

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of medical care
Conditions of confinement

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: I was denied Surgery or proper
medical care after being examined
by the Dr. here in January 3, 2022
after Pulling my groin while getting
on my bunk because of no ladder,
step or handle to aid me getting

**What happened to you?**

on it. This incident was reported
to Lt. Cotton at that time and
shortly after he moved me to 2-Pad
the same evening. I saw Dr. Hopson
the next day and she told me i needed
surgery ordered me a hernial belt
and gave me pain relievers but told me
they could not do the surgery for me
even though the incident happened in
A-Pad here (UCDC). I was released
in February 2022 and saw my Dr.
at VA until September 2023 ___ cont.

| Who did what? |
| How were you injured? |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☑ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Denial of Medical Care (Surgery) and
medication For Pain. Denial
of SAFe Bunk Beds. Conditions of
ConFinement

**Claim Number 2:**

Place(s) of
occurrence: _____

Claim 1
Cont
                                                9-26-23
I was locked up after my trial on (UCDC)
I told medical staff I had hernia
surgery scheduled For 9-28-23
and they told me they couldnt help
me and to see my attorney I also saw
the nurse on 10-9-23 For my life
long medical issues with Kidney Stones
and hernia I did here as mentioned earlier
The Nurse only gave me a hernia belt
i Payed For in Jan, 2022 While
here and charged me again that was
it, I have also wrote the Sheriff
here Pleading For help with these
issues and about the Pain but to of
No Avail. Then on 10-29-23
I Saw Floating Nurse Tolliver and
She Prescribed medicine For my Pain
and contacted V.A. re my health
issues medical issues etc
but is leaving today She was
only here For a Few days,
She also stated to me that i
needed Surgery and couldnt understand
why the V.A hadnt already been
contacted and why i hadn't been given
a Pain reliever with the hernia
Obuiously sticking out of Bottom
of my stomach

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

_____
_____
_____

*State here briefly the* **FACTS** *that support your case. Describe how* **EACH DEFENDANT** *was* **personally involved** *in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| What happened to you? |

_____
_____
_____

| Who did what? |

_____
_____
_____

| How were you injured? |

_____
_____
_____
_____
_____
_____
_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

_____

**Claim Number 3:**

Place(s) of
occurrence:         _____

Date(s) of occurrence:    _____

Name of Each Defendant Involved:

_____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

_____

*State here briefly the* **FACTS** *that support your case. Describe how* **EACH DEFENDANT** *was* ***personally involved*** *in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| | |
|---|---|
| **What happened to you?** | _____ <br> _____ <br> _____ |

| | |
|---|---|
| **Who did what?** | _____ <br> _____ <br> _____ <br> _____ <br> _____ <br> _____ |

| | |
|---|---|
| **How were you injured?** | _____ <br> _____ <br> _____ <br> _____ <br> _____ <br> _____ <br> _____ |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐   Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐   Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐   Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

_____

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking*:

☑    Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑    Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐    Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

I would like my hernia Fixed and
the unsafe Bunk Beds made safe
and I should be entitled to
$40,000 For suffering and pain etc.
and 10,000 For Placing me On a Unsafe
Bunk Bed and still have Not colncated
the bunk beds after 1 year 10 months

_____

_____

_____

_____

_____

_____

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?    ☐ Yes    ☒ No

If yes, how many? _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?    ☐ Yes    ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10-30-23
Dated

Calvin D. Hart Sr
Plaintiff's Signature

CALVIN D. HARTSK
Printed Name (First, MI, Last)

A.P.C.
94210, 214899, 19840717
Prison Identification #, if any.

250 American Road    EL Dorado    AR.    71730
Prison Address    City    State    Zip Code

